# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CINTHIA JENKINS,<br><br>　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation believed to be incorporated in the State of Ohio and doing business in Nevada; THE KROGER CO., a foreign corporation believed to be incorporated in Ohio and doing business in Nevada through its affiliate, SMITH'S FOOD & DRUG CENTERS, INC.; M706 KROGER WEST/SMITH'S; DOES 1-10; BLACK AND WHITE COMPANIES; PARTNERSHIPS A & B, inclusive,<br><br>　　Defendants. | Case No. 3:19-cv-00647-LRH-WGC<br><br>ORDER APPROVING<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties hereto and their counsel of record participated in a voluntary private mediation on January 14, 2020 which resulted in the parties agreeing upon a full and final settlement of any and all claims in this case;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Herb Santos, Jr., Esq. of THE LAW FIRM OF HERB SANTOS, JR. as counsel for Plaintiff CINTHIA JENKINS as follows:

/ / /

/ / /

CLAC 5439529.1

1. Plaintiff CINTHIA JENKINS' claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2. That any and all scheduled filings be vacated.

Respectfully submitted this 21st day of Feburary, 2020.

| THE LAW FIRM OF HERB SANTOS, JR. | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Herb Santos, Jr. | /s/ Jerry S. Busby |
| HERB SANTOS, JR., ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 004376 | Nevada Bar No.001107 |
| 225 South Arlington Avenue – #C | 1835 Village Center Circle |
| Reno, Nevada 89501 | Las Vegas, Nevada 89134 |
| (775) 323-5200 | (702) 366-1125 |
| Attorney for Plaintiff | Attorneys for Defendant |
| CINTHIA JENKINS | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED: Case dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE
DATED: 2/24/2020

CLAC 5439529.1